UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LESLIE A. KESTERSON, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BETTER RISE CAPITAL, LLC,<br><br>Defendant | §§§§§§§§§§§§§<br><br>Civil Action No.: 5:25-cv-01095-FB |

## ORDER GRANTING DEFENDANT BETTER RISE CAPITAL, LLC'S MOTION TO STAY DISCOVERY

Before the Court is Defendant Better Rise Capital, LLC's Motion to Stay Discovery and for Protective Order Pending Resolution of its Motion to Compel Arbitration. After consideration, the Court finds that good cause supports the issuance of a protective order staying discovery until such time as the Defendant's Motion to Compel Arbitration, ECF 16, has been finally determined, and that such a stay will not prejudice any party in this action.

IT IS THEREFORE ORDERED that the Defendant's Motion to Stay Discovery is, GRANTED, and that discovery in this case is STAYED pending further order of the Court.

SIGNED on this _____ day of _____, 2026.

_____
JUDGE PRESIDING