IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LESLIE A. KESTERSON, Individually and on Behalf of All Others Similarly Situated, | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL CASE NO. SA-25-CV-1095-FB |
| BETTER RISE CAPITAL LLC, | § | |
| Defendant. | § | |

***ORDER DENYING WITHOUT PREJUDICE TO REFILING MOTION FOR ADMISSION PRO HAC VICE***

Before the Court is the second Motion to Appear Pro Hac Vice filed by Anthony Paronich on November 5, 2025 (ECF No. 13). Previously, this Court denied without prejudice the first Motion to Appear Pro Hac Vice because the motion form used is not the form used in the San Antonio Division of the Western District (ECF No. 6). The Court has reviewed the second motion and finds that the motion form used is once again the "Austin Division Pro Hac Vice Motion," as was used in the first motion, and not the **"Pro Hac Vice Motion for all Divisions Except Austin"** form which is required in the San Antonio Division of the Western District of Texas found at: https://www.txwd.uscourts.gov/for-attorneys/pro-hac-vice/.[1] Because the Court has not been provided with all of the information required in this Division as to the qualifications of Anthony Paronich to practice before this Court *pro hac vice*, IT IS HEREBY ORDERED that the second Motion for Admission Pro Hac Vice (ECF No. 13) is DENIED WITHOUT PREJUDICE TO REFILING. Mr. Paronich may resubmit his motion using the **correct form for all divisions in the Western District of Texas except Austin**.[2]

It is so ORDERED.

SIGNED this 28th day of September, 2026.

FRED BIERY
UNITED STATES DISTRICT JUDGE

[1] Western District of Texas Local Rule AT-1(f)(2) provides in part: "An attorney seeking admission pro hac vice must make application on a form prescribed by the court."

[2] The Court notes the proposed order submitted with the second motion has corrected the case number and name of the party Mr Paronich seeks to represent. However, the second motion and proposed order still reference the Austin Division in the style of the case.