**IN THE UNITED STATES DISTRICT COURT**
**FOR WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| LESLIE A. KESTERSON, Individually and on Behalf of All Others Similarly Situated, | § | |
| *Plaintiff*, | § | |
| VS. | § | CIVIL CASE NO. SA-25-CV-1095-FB |
| BETTER RISE CAPITAL LLC, | § | |
| *Defendant*. | § | |

***ORDER OF STAY PENDING RULING ON MOTION TO COMPEL ARBITRATION***

Before the Court are Defendant's Motion to Compel Arbitration and Stay Proceedings (ECF No. 16), and Defendant's Motion to Stay Discovery and for Protective Order Pending Resolution of its Motion to Compel Arbitration (ECF No. 23), and the status of this case.

As a review of the motions and responses reflect ,the parties appear to have differing views on whether this matter is subject to arbitration. Because the case cannot proceed until the Court issues its ruling on Defendant's Motion to Compel Arbitration and Stay Proceedings, the Court finds a stay should be entered in this case. The stay will also allow time for United States Magistrate Judge Henry J. Bemporad to become familiar with the case and to issue a Report & Recommendation on the Motion to Compel once this case is referred.

Accordingly, IT IS HEREBY ORDERED that this case is STAYED until a ruling is issued by the Court on Defendant's Motion to Compel Arbitration and Stay Proceedings (ECF No. 16) or until otherwise ordered by the Court.

It is so ORDERED.

SIGNED this 29th day of September, 2026.

FRED BIERY
UNITED STATES DISTRICT JUDGE