**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

LESLIE A. KESTERSON,

vs. Case No.: 5:25-cv-01095

BETTER RISE CAPITAL LLC,

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Anthony Paronich, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Plaintiff, Leslie A. Kesterson, in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Paronich Law, P.C. with offices at:

   Mailing address: 350 Lincoln Street, Suite 2400

   City, State, Zip Code: Hingham, MA 02043

   Telephone: (872) 263-1110 Facsimile: (872) 263-1109

2. Since November 23, 2010, Applicant has been and presently is a member of and in good standing with the Bar of the State of Massachusetts.

   Applicant's bar license number is 678437.

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
| --- | --- |
| See Exhibit A - Attached | |
| | |
| | |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

N/A

5. I [X] have [ ] have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: See attached ____ on the ____ day of ____, ____.

Number: ____ on the ____ day of ____, ____.

Number: ____ on the ____ day of ____, ____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Leland Garrett McRae

Mailing address: 1150 N. Loop 1604 W., Ste. 108-461

City, State, Zip Code: San Antonio, TX 78248

Telephone: (248) 420-4042

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Anthony Paronich to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Anthony Paronich
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 1st day of October, 2026.

Anthony Paronich
[printed name of Applicant]

[signature of Applicant]

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

LESLIE A. KESTERSON,

vs. Case No.: 5:25-cv-01095

BETTER RISE CAPITAL LLC,

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Anthony Paronich, counsel for Plaintiff, Leslie A. Kesterson, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Anthony Paronich may appear on behalf of Plaintiff, Leslie A. Kesterson, in the above case.

IT IS FURTHER ORDERED that Anthony Paronich, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the __________ day of September, 20 25.

________________________________
UNITED STATES DISTRICT JUDGE

# — EXHIBIT A —

**EXHIBIT A**

**PRIOR PRO HAC VICE APPLICATIONS - WESTERN DISTRICT OF TEXAS**

Applicant Anthony I. Paronich has previously appeared or applied to appear pro hac vice in the following cases in the United States District Court for the Western District of Texas:

| Case Number | Case Title | Date Filed |
|---|---|---|
| 1:2025cv00395 | *Newell v. BKV-BPP Retail LLC* | 03/15/2025 |
| 5:2025cv01095 | *Kesterson v. Better Rise Capital LLC* | 09/02/2025 |
| 1:2025cv01950 | *Bahr v. Securico Life Insurance Company* | 11/26/2025 |
| 1:2025cv02001 | *Chavez v. All Axis Holdings, Inc.* | 12/07/2025 |
| 1:2022cv00261 | *Hossfeld v. ETN America Inc. et al* | 03/21/2022 |
| 1:2024cv00065 | *Gonzalez v. American-Amicable Life Insurance Company of Texas* | 01/22/2024 |
| 1:2024cv00066 | *Pinn v. Greenstar Power LLC et al* | 01/22/2024 |
| 1:2024cv00484 | *Black v. Allstates Restoration, LLC* | 05/06/2024 |
| 6:2026cv00176 | *Caplan v. American Amicable Life Insurance Company of Texas* | 03/19/2026 |
| 1:2021cv01012 | *Roesner v. Central Metro Realty LLC* | 11/10/2021 |
| 5:2023cv01258 | *Martinez v. Heard & Smith, LLP* | 10/05/2023 |
| 5:2024cv00513 | *Bird v. KRONOS SOLAR, LLC et al* | 05/17/2024 |
| 1:2016cv01215 | *ABRAMSON v. CWS APARTMENT HOMES, LLC* | 11/10/2016 |
| 2:2023cv00035 | *Perrong v. Timeshare Help Source, LLC* | 07/27/2023 |
| 1:2024cv01077 | *Robertson v. Modernize, Inc.* | 09/11/2024 |
| 1:2024cv00504 | *Chavez v. Rebuilt Brokerage LLC et al* | 05/11/2024 |
| 1:2024cv01323 | *Black v. Ideal Concepts, Inc.* | 10/31/2024 |
| 1:2022cv01149 | *Baumann v. International Conference Management* | 11/07/2022 |