IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LESLIE A. KESTERSON, Individually and on Behalf of All Others Similarly Situated, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL CASE NO. SA-25-CV-1095-FB |
| | § | |
| BETTER RISE CAPITAL LLC, | § | |
| | § | |
| Defendant. | § | |

***ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE***

Before the Court is the Motion for Admission Pro Hac Vice filed on October 2, 2026 (ECF No. 31), by Anthony Paronich of Paronich Law, P.C. seeking authorization to appear in this case *pro hac vice* on behalf of the Plaintiff Leslie A. Kesterson. Mr. Paronich is a member in good standing with the Bar of the State of Massachusetts and is admitted to practice before the United States Courts of Appeals for the First, Second, and Ninth Circuits as well as United States District Courts for the Districts of Massachusetts, Connecticut, and Colorado; the Eastern and Western Districts of Michigan; the Southern and Northern Districts of Indiana; the Northern District of Illinois; the Eastern District of Missouri; the Northern District of New York; the Northern and Southern Districts of Texas; and the Eastern and Western Districts of Wisconsin.[1] A review of the motion reveals this is Mr. Paronich's eighteenth application to appear *pro hac vice* in the Western District of Texas.

It is this Court's policy to require all counsel to apply for admission to the Western District's federal bar and to follow through with the application as a condition of appearance *pro hac vice* in any case. This Court has, however, made an exception for out-of-district counsel if their practice

[1] Although Mr. Paronich failed to include, in his latest application filed in this case, the courts in which he is admitted to practice, the Court reviewed the application filed by Mr. Paronich in 6:26-CV-176 to obtain that information instead of rejecting the application in this case for a third time.

in the Western District is limited to one case, or in some cases, as long as a licensed Western District of Texas attorney is involved in the case. Here the motion reveals a licensed Western District of Texas attorney has been designated as co-counsel. Therefore, after due consideration, the Court is of the opinion the motion should be granted such that Anthony Paronich may appear in this case *pro hac vice.* Mr. Paronich is advised that future appearances in the Western District of Texas may, at some point, result in requiring him to apply for admission and to be admitted into this District.

Accordingly, IT IS HEREBY ORDERED that the Motion for Admission *Pro Hac Vice* (ECF No. 31) is GRANTED such that Anthony Paronich may appear *pro hac vice* in this case. The Court further ORDERS counsel to become familiar with the Local Court Rules of the United States District Court for the Western District of Texas, a copy of which may be obtained from the United States District Clerk for the Western District of Texas. IT IS FURTHER ORDERED that Anthony Paronich immediately tender the amount of $100.00, payable to Clerk, U.S. District Court, in compliance with Western District of Texas Local Rule AT-1(f)(2) if he has not already done so.

IT IS FURTHER ORDERED that Anthony Paronich pursuant to Section 6 of the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas, must register as a filing user within ten (10) days of this Order, if he has not already done so. Mr. Paronich's *pro hac vice* status shall not take effect until he has complied with all of the requirements contained in this Order.

It is so ORDERED.

SIGNED this 26th day of October, 2026.

FRED BIERY
UNITED STATES DISTRICT JUDGE