UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LESLIE A. KETERSON Individually and on Behalf of All Others Similarly Situated, | § | |
| Plaintiff, | § | |
| v. | § | SA-25-CV-1095-FB (HJB) |
| BETTER RISE CAPITAL, LLC, | § | |
| Defendant. | § | |

**ORDER SETTING VIDEO HEARING**

Before the Court are Defendant's Motion to Compel Arbitration and Stay Proceedings (Docket Entry 16) and Defendant's Motion to Stay Discovery and for Protective Order Pending Resolution of its Motion to Compel Arbitration (Docket Entry 23). This case was referred by the District Court to the undersigned for disposition of all remaining pretrial matters pursuant to 28 U.S.C. § 636(b). (*See* Docket Entry 33.)

It is hereby **ORDERED** that Defendant's motions (Docket Entries 16 and 23) are set for a Video Hearing on **January 5, 2027**, at **1:30 P.M.** The hearing will be held by video teleconference using the Zoom video platform. On the designated date and time of the hearing, the parties are directed to join ZOOMGOV meeting, at the following address:

**https://txwd-uscourts.zoomgov.com/j/16126018188**
**Meeting ID: 161 2601 8188**

The parties are responsible for ensuring, **in advance of the hearing**, that their video teleconference equipment is functioning and properly connects with the Court's system. Contact Courtroom Deputy Cindy Miranda at cindy_miranda@txwd.uscourts.gov if experiencing any

technical difficulties.

**SIGNED** on October 27, 2026.

Henry J. Bemporad
United States Magistrate Judge